UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-50619 |
| | : | |
| Gobo, Ltd., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Nami Khorrami |

### APPLICATION FOR EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AS BANKRUPTCY COUNSEL TO THE DEBTOR

Now comes Gobo, Ltd. (the "Applicant" or "Debtor"), and hereby requests, pursuant to 11 U.S.C. §327(a), Fed. R. Bankr. P 2014, and LBR 2014-1, that the Court authorize the employment of John W. Kennedy and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as bankruptcy counsel to the Debtor. In support of its Application, Applicant respectfully represents the following:

__X__ Applicant is the Debtor in the captioned case.

__X___ Applicant wishes to employ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA to represent it in this case.

__X___ Myron N. Terlecky, John W. Kennedy and Loni R. Sammons are members or associates of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA. Each is an attorney duly admitted to practice in this Court and is in good standing.

__X__ Applicant has selected Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA for the reason that it has had significant experience in bankruptcy and reorganization matters and is well-qualified to represent the estate.

__X___ The professional services to be rendered by Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA shall include, but are not limited to, the following: (a) to advise the Debtor with respect

to its rights, powers and duties in this case; (b) to advise and assist the Debtor in the preparation of its petition, schedules, and statement of financial affairs; (c) to assist and advise the Debtor in connection with the administration of this case; (d) to analyze the claims of the creditors in this case, and negotiate with such creditors; (e) to investigate the acts, conduct, assets, rights, liabilities and financial condition of the Debtor and the Debtor's business; (f) to advise and negotiate with respect to the sale of any or all assets of the Debtor; (g) to investigate, file and prosecute litigation of behalf of the Debtor; (h) to propose a plan of reorganization; (i) to appear and represent the Debtor at hearings, conferences, and other proceedings; (j) to prepare and/or review motions, applications, orders, and other filings filed with the Court; (k) to institute or continue any appropriate proceedings to recover assets of the estate; and (l) to perform any and all such other legal services as may be required that are in the best interest of the estate or its creditors.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA does not hold or represent any interest adverse to the estate as required by 11 U.S.C. §327(a), except as set forth in the Affidavit of Counsel attached hereto as Exhibit A.

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA is a disinterested person as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14).

__X___ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA proposes to perform legal services in connection with its employment on an hourly basis, at its usual and customary hourly rates, plus reimbursement of reasonable and necessary expenses. Attorneys' current hourly rates are $385/hour for Myron N. Terlecky, $335/hour for John W. Kennedy, $175/hour for Loni Sammons and $125/hour for law clerks. These hourly rates are subject to periodic adjustments. Notice of any such adjustments shall be filed with the Court within 30 days of the effective date of the adjustment.

\_\_\_\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has been paid $0.00 in fees and/or expenses from the Debtor from a period of one year prior to the filing of the Debtor's petition through the date of this Application. The fees were paid on <u>N/A</u>. The source of the fees was <u>N/A</u>.

\_\_X\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA will submit interim and final applications for compensation and reimbursement of expenses in accordance with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and such other and further orders as the Court may enter.

\_\_\_\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has received no funds from the Debtor or the Debtor's estate from a period of one year prior to the filing of the Debtor's petition through the date of this Application.

\_\_X\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA received a retainer in the amount of $26,738.00 from Horizons Video & Film, Inc. ("Horizons"), an affiliate of the Debtor, within one year prior to the filing of the petition through the date of this Application. The retainer was received on March 1, 2023. The source of the retainer was Horizons, an affiliate of the Debtor owned by Don Lee ("Mr. Lee"), who owns the Debtor. Horizons is a tenant of the Debtor and a co-debtor with the Debtor on the obligations owed to Huntington National Bank. The Debtor may have claims against Horizons for past due rent in an undetermined amount. Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has not represented Horizons or Mr. Lee. Funds from the retainer were used to pay the Court filing fee. The balance of the retainer has been placed in the Firm's Trust Account pending further order of the Court permitting the application of funds from the retainer to payment of fees and reimbursement of expenses.

\_\_\_\_\_ Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has received or sought no retainer from the Debtor within one year prior to the filing of the petition through the date of this

Application.

__X___ To the best of Applicant's knowledge, Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has no connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, except as set forth on the Attached Exhibit A.

__X__ The proposed employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA is not prohibited by or improper under Fed. R. Bank. P. 5002.

WHEREFORE, Applicant moves for an Order of this Court authorizing the retention and employment, as of the date of this Application, of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as attorneys for the estate, to be compensated as set forth above.

Respectfully submitted,

Gobo, Ltd.

Dated:  March 7, 2023       /s/ Donald A. Lee
Donald A. Lee
Its: President


 /s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
Email:  mnt@columbuslawyer.net
           jwk@columbuslawyer.net
Proposed Attorneys for Debtor and Debtor-in-Possession

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-50619 |
| | : | |
| Gobo, Ltd., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Nami Khorrami |

## **AFFIDAVIT OF COUNSEL**

| | |
|---|---|
| STATE OF OHIO | } |
| | } ss: |
| COUNTY OF FRANKLIN | } |

I, John W. Kennedy, being duly sworn, hereby declare under penalty of perjury the following:

I am an attorney at the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA, and I am duly authorized to make this Affidavit on behalf of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

My mailing address, telephone number, email address and state bar number are:

John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, Ohio 43215-5759
Telephone: (614) 228-6345
Facsimile: (614) 228-6369
Email: jwk@columbuslawyer.net

I am an Attorney licensed and in good standing to practice in the State of Ohio and am duly admitted to practice in the United States District Court, Southern District of Ohio.

The representations set forth in the Application for Retention and Employment of Strip,

Hoppers, Leithart, McGrath & Terlecky Co., LPA as Bankruptcy Counsel for the Debtor are true and correct.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA have any past or present relationship to the Debtor, the Trustee, any creditor, or equity security holder of the Debtor(s). Further, neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA have any connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that (a) Myron N. Terlecky is a member of the private panel of Chapter 7 Trustees maintained by the United States Trustee, and (b) Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA received a retainer in the amount of $26,738.00 from Horizons Video & Film, Inc. ("Horizons"), an affiliate of the Debtor, within one year prior to the filing of the petition through the date of this Application. The retainer was received on March 1, 2023. The source of the retainer was Horizons, an affiliate of the Debtor owned by Don Lee ("Mr. Lee"), who owns the Debtor. Horizons is a tenant of the Debtor and a co-debtor with the Debtor on the obligations owed to Huntington National Bank. The Debtor may have claims against Horizons for past due rent in an undetermined amount. Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA has not represented Horizons or Mr. Lee.

Neither I nor Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA hold or represent an interest adverse to the estate.

I and Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA are disinterested persons as required by 11 U.S.C. §327 and as defined in 11 U.S.C. §101(14), except <u>None</u>.

My proposed employment and the employment of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA are not prohibited by or improper under Fed. R. Bankr. P. 5002.

I have not received any compensation herein within one year prior to the filing of the Debtor's petition through the date of the Application, except <u>None</u>.

I declare under penalty of perjury that the foregoing is true and correct.

                                        /s/ John W. Kennedy
                                        John W. Kennedy

Sworn to and subscribed before me by the said John W. Kennedy on this 7th day of March 2023.  *This is a jurat certificate; an oath or affirmation was administered to the signer with regard to this notarial act.*

                                        /s/ Mary L. Villarreal
                                        Notary Public
                                        My commission expires: 1-26-2026

## **NOTICE OF APPLICATION FOR THE EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AS BANKRUPTCY COUNSEL TO THE DEBTOR AND CERTIFICATE OF SERVICE**

The Debtor and Debtor in Possession has filed an application seeking to employ the Law Firm of Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA as attorneys for the Debtor and Debtor-in-Possession.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application**, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The Court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) regular U.S. Mail to:

| United States Trustee | John W. Kennedy, Esq. |
|---|---|
| 170 North High Street, Suite 200 | Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA |
| Columbus, Ohio 43215 | 575 South Third Street |
| | Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief without further notice or hearing.

- 9 -

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the *APPLICATION FOR EMPLOYMENT AND RETENTION OF STRIP, HOPPERS, LEITHART, MCGRATH & TERLECKY CO., LPA AS BANKRUPTCY COUNSEL TO THE DEBTOR* was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by First Class U.S. Mail on March 9, 2023, addressed to the Debtor, the Office of the United States Trustee, the twenty largest unsecured creditors, all secured creditors and those other parties set forth on the attached mailing matrix.

       /s/ John W. Kennedy
       John W. Kennedy (0042672)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-2<br>Case 2:23-bk-50619<br>Southern District of Ohio<br>Columbus<br>Thu Mar  9 13:40:38 EST 2023 | Pamela Arndt<br>DOJ-Ust<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Asst US Trustee (Col)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 |
| Cheryl B. Lee<br>2702 Henthorn Road<br>Columbus, OH 43221-3214 | Donald A. Lee<br>2702 Henthorn Road<br>Columbus, OH 43221-3214 | Franklin County Treasurer<br>373 South High St., 17th Floor<br>Columbus, OH 43215-4591 |
| Gobo, Ltd.<br>4000 Horizons Dr.<br>Columbus, OH 43220-5217 | Horizons Video & Film Incorporated<br>4000 Horizons Dr<br>Columbus, OH 43220-5217 | Huntington Bank<br>41 S. High Street<br>Columbus, OH 43215-3406 |
| Jeffrey Madison<br>612 Park St., Ste. 300<br>Columbus, OH 43215-1681 | Jeffrey J Madison<br>Park Street Law Group, LLC<br>612 Park Street<br>Suite 300<br>Columbus, OH 43215-1681 | Myron N Terlecky<br>575 S Third St<br>Columbus, OH 43215-5755 |
| The Huntington National Bank<br>41 South HIgh St.<br>Columbus, OH 43215-3406 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                 12 | |