UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-50619 |
| | : | |
| Gobo, Ltd., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Nami Khorrami |

## APPLICATION OF DEBTOR
## FOR AUTHORITY TO EMPLOY REALTOR

Now comes Gobo, Ltd., the debtor and debtor in possession (the "Debtor"), and hereby moves this Court for an order authorizing the Debtor to employ a realtor pursuant to 11 U.S.C. §327, Fed. R. Bankr. P. 2014 and L.B.R. 2014-1. In support of his motion, the Debtor represents to the Court as follows:

1. Gobo, Ltd. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") on March 1, 2023 (the "Petition Date").

2. Among the assets of this bankruptcy estate is an interest in certain real estate located at 4000 Horizons Drive, Columbus, Ohio 43220 and an adjacent lot located at 0 Horizons Drive, Columbus, Ohio 43220 (collectively, the "Real Estate") which constitutes property of the bankruptcy estate pursuant to 11 U.S.C. 541. It is estimated that the value of the Real Estate is approximately $2,871,000.00.

4. The Real Estate is subject to first and second mortgage liens, and current real estate taxes.

5. The Debtor seeks to employ Nathaniel Marks of Associates Realty as a realtor (the "Realtor") to sell the Real Estate.

6. The Debtor believes that it is in the best interest of the bankruptcy estate and is necessary to employ the Realtor to sell the Real Estate in accordance with terms that are used when

1

the Realtor sells real estate in a private sale. The terms of employment of the Realtor are as follows:

> **Realtor:** Nathaniel Marks
> Associates Realty
> 615 Copeland Mill Rd., Ste. 1D
> Westerville, OH 43081
>
> **Terms of Sale:** The Real Estate will be offered for sale through a listing agreement for a period of eight months. The Real Estate will be listed online, through social media advertisement and direct marketing to potential purchasers.
>
> **Realtor's Commission:** The estate will pay Realtor a percentage commission of six percent of the gross selling price of the Real Estate.

7. The Debtor believes, and the Realtor represents that this commission is the standard commission charged by the Realtor when he sells real property at a private sale, and that these terms are standard for a realtor selling real estate in the area.

8. The Debtor believes, and the Realtor represents, that the Realtor does not hold or represent an interest adverse to the estate and is a disinterested person, as required by 11 U.S.C. §327(a), and is neither related to nor connected with a Judge of the Bankruptcy Court or the District Court for the Southern District of Ohio. An Affidavit of the Realtor is attached as Exhibit A. The Debtor believes that the Realtor is a "disinterested person" as required by 11 U.S.C. §327 and 101(14).

9. The Debtor believes that the Realtor has not received any fees for a period of one year prior to the filing of the petition in this case through the time of the filing of this Application. The Realtor has received no retainer. Such disclosures are made pursuant to LBR 2014-1(b).

10. The Debtor proposes to employ the Realtor named above because of his experience in conducting private real estate sales.

Based upon the foregoing, it is respectfully requested that the Court issue an Order authorizing the Debtor to employ Nathaniel Marks of Associates Realty as a realtor, on the terms and conditions set forth in this Application, and that the Court grant such other and further relief as is appropriate.

Respectfully submitted,

/s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH  43215
T: (614) 228-6345  F: (614) 228-6369
Email: mnt@columbuslawyer.net
        jwk@columbuslawyer.net
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-50619 |
| | : | |
|   Gobo, Ltd., | : | Chapter 11 |
| | : | |
|       Debtor. | : | Judge Nami Khorrami |

### AFFIDAVIT OF NATHANIEL MARKS IN SUPPORT OF APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REALTOR

STATE OF OHIO              )
COUNTY OF FRANKLIN   )     SS:

I, Nathaniel Marks, being first duly cautioned and sworn, state as follows:

1. I am a duly authorized and licensed realtor with Associates Realty as named in the Application of Debtor for Authority to Employ Realtor (the "Application").

2. I have read the Application and I approve the terms and conditions therein.

3. Neither I nor any entity with which I am connected (a) are employed by or connected with the Debtor, or with any person having any interest adverse to the Debtor, or to the bankruptcy estate; (b) have any past or present relationship with Debtor, any insiders or affiliates of the Debtor, or any creditor or equity security holder of the Debtor, or the attorney or accountant for any of them, the United States Trustee, or any person employed in the Office of the United States Trustee, except _____None_____. I do not hold or represent an interest adverse to the estate.

4. I am a disinterested person within the meaning of 11 U.S.C. §327 and 101(14).

5. I have access to and advertising for the purpose of selling the Real Estate identified in the Application.

6. The terms of sale of the Real Estate are as follows: The Debtor will pay a percentage commission of six percent of the gross selling price of the Real Estate.

7. My proposed employment is not prohibited by, or improper under, Bankruptcy Rule 5002, and no understanding or agreement exists for a division of fees or compensation between myself or any entity with which I am connected.

8. Neither I nor any entity with which I am affiliated, is an officer or employee of the Judicial Branch of the United States or the United States Department of Justice.

9. Neither I nor any entity with which I am affiliated, will, under any circumstances, purchase or acquire any interest in any of the property with which I am dealing.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Nathaniel Marks

Sworn to before me and subscribed in my presence this 2nd day of May 2023. *This is a jurat certificate; an oath or affirmation was administered to the signer with regard to this notarial act.*

/s/ Jacob _____
Notary Public



5

## NOTICE OF APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REALTOR AND CERTIFICATE OF SERVICE

Gobo, Ltd. has filed papers with the court seeking the authority to employ a realtor to sell real estate that is property of the bankruptcy estate.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the Application, **then on or before twenty-one (21) days from the date set forth in the certificate of service for the Application,** you or your attorney must file with the court a response explaining your position by mailing your response by first class U.S. Mail to Clerk, United States Bankruptcy Court, 170 North High Street, Columbus, Ohio 43215, OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the date set forth above.

You must also send a copy of your response either by 1) the court's ECF System, or by 2) first class U.S. Mail to:

| | |
|---|---|
| United States Trustee | Myron N. Terlecky, Esq. |
| 170 North High Street, Suite 200 | Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA |
| Columbus, Ohio 43215 | 575 South Third Street |
| | Columbus, Ohio 43215 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing APPLICATION OF DEBTOR FOR AUTHORITY TO EMPLOY REALTOR was served (i) electronically on the date of filing through the Court's ECF System on all ECF participants registered in the case at the email addresses registered with the Court and (ii) by first class U.S. mail on May 3, 2023, addressed to all creditors and parties in interest on the attached matrix and the following parties:

Nathaniel Marks
Associates Realty
615 Copeland Mill Rd., Ste. 1D
Westerville, OH 43081

                                                                    /s/ John W. Kennedy
                                                                    John W. Kennedy (0042672)

```
Label Matrix for local noticing          Pamela Arndt                             Asst US Trustee (Col)
0648-2                                   DOJ-Ust                                  Office of the US Trustee
Case 2:23-bk-50619                       170 North High Street                    170 North High Street
Southern District of Ohio                Suite 200                                Suite 200
Columbus                                 Columbus, OH 43215-2417                  Columbus, OH 43215-2417
Tue May  2 15:44:46 EDT 2023

Cheryl B. Lee                            Donald A. Lee                            Franklin County Treasurer
2702 Henthorn Road                       2702 Henthorn Road                       373 South High St., 17th Floor
Columbus, OH 43221-3214                  Columbus, OH 43221-3214                  Columbus, OH 43215-4591



Gobo, Ltd.                               Horizon Film and Video, Inc.             Horizons Video & Film Incorporated
4000 Horizons Dr.                        c/o Richard K. Stovall                   4000 Horizons Dr
Columbus, OH 43220-5217                  Allen Stovall Neuman & Ashton LLP        Columbus, OH 43220-5217
                                         10 West Broad Street, Suite 2400
                                         Columbus, OH 43215-3469


Huntington Bank                          Jeffrey Madison                          John W Kennedy
41 S. High Street                        612 Park St., Ste. 300                   Strip Hoppers Leithart McGrath & Terleck
Columbus, OH 43215-3406                  Columbus, OH 43215-1681                  575 S. Third St.
                                                                                  Columbus, OH 43215-5755


Cheryl B Lee                             Donald A. Lee                            Jeffrey J Madison
c/o Richard Stovall                      c/o Richard K. Stovall                   Park Street Law Group, LLC
Allen Stovall Neuman & Ashton LLP        Allen Stovall Neuman & Ashton LLP        612 Park Street
10 West Broad Street, Suite 2400         10 West Broad Street, Suite 2400         Suite 300
Columbus, OH 43215-3469                  Columbus, OH 43215-3469                  Columbus, OH 43215-1681


Dennis J Morrison                        Richard K Stovall                        Myron N Terlecky
Park Street Law Group, LLC               Allen Stovall Neuman & Ashton LLP        575 S Third St
612 Park Street, Ste. 300                10 West Broad Street                     Columbus, OH 43215-5755
Columbus, OH 43215-1681                  Suite 2400
                                         Columbus, OH 43215-3469


The Huntington National Bank             End of Label Matrix
Jeffrey J. Madison, Esq.                 Mailable recipients     18
612 Park Street, Suite 300               Bypassed recipients      0
Columbus, OH 43215-1681                  Total                   18
```