**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: June 2, 2023**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-50619 |
| | : | |
| Gobo, Ltd., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Nami Khorrami |

### ORDER GRANTING APPLICATION OF DEBTOR
### FOR AUTHORITY TO EMPLOY REALTOR (DOC. 32)

This matter came before the Court upon the *Application of Debtor for Authority to Employ Realtor* (the "Application") (Doc. 32) filed on May 3, 2023, Gobo, Ltd., the debtor and debtor in possession (the "Debtor"). Through the Application, the Debtor seeks to employ Nathaniel Marks of Associates Realty (the "Realtor") as a realtor to market and sell certain real estate which is property of the estate. The Application was served upon the Office of the United States Trustee and all creditors and parties in interest. No objection or response to the Application has been filed.

Based upon the matters contained in the Application and the affidavit in support thereof, and proper service having been made, the Court finds that it would be in the best interests of the

bankruptcy estate and its creditors that the Debtor be authorized to employ the Realtor as a realtor on the terms and conditions set forth in the Application.

It is therefore ORDERED and DECREED that the Debtor is authorized to employ Nathaniel Marks of Associates Realty as a realtor on the following terms and conditions:

**Terms of Sale**: The real estate will be offered for sale through a listing agreement for a period of eight months.

**Realtor's Commission:** The estate will pay Realtor a percentage commission of six percent of the gross selling price of the real estate.

IT IS SO ORDERED.

SUBMITTED BY:
/s/ John W. Kennedy
Myron N. Terlecky (0018628)
John W. Kennedy (0042672)
Strip, Hoppers, Leithart, McGrath & Terlecky Co., LPA
575 South Third Street
Columbus, OH 43215
Telephone (614) 228-6345
Facsimile (614) 228-6369
Email: jwk@columbuslawyer.net
Attorneys to Chapter 7 Trustee

Default List Plus Additional Party:

Nathaniel Marks
Associates Realty
615 Copeland Mill Rd., Ste. 1D
Westerville, OH 43081