UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 23-50619 |
| | : | |
| Gobo, Ltd., | : | Chapter 11 |
| | : | |
| Debtor. | : | Judge Nami Khorrami |

### REPORT TO COURT

Now comes Gobo, Ltd. (the "Debtor"), by and through counsel, and files the following Report to Court:

The Debtor filed the present Chapter 11 proceeding on March 1, 2023. As reported to the Court at the April 27, 2023, status conference (the "Status Conference"), the Debtor is a holding company which owns the real estate located at 4000 Horizons Drive, Columbus, OH 43220 (the "Property"), and the Debtor meets the definition of a single asset real estate debtor under 11 U.S.C. §101(51B). The Detor leases the Property to two tenants: Vivek 2024, a Virginia corporation which operates a presidential campaign ("Vivek"), and Horizons Video & Film, Inc. ("Horizons"), an affiliate of the Debtor. Vivek leases 90% of the Property, and Horizons leases the remaining 10%, and each has entered a lease which runs through February 2024.

Pursuant to the *Agreed Interim Order Authorizing Use of Cash Collateral and Granting Adequate Protection* (Doc. 27) entered April 21, 2023, the Debtor is paying interest payments to The Huntington National Bank ("HNB") which holds a mortgage lien on the Property. The Debtor has also been paying current real estate taxes on a monthly basis. Pursuant to the *Order Granting Application of Debtor for Authority to Employ Realtor* (Doc. 34) entered June 2, 2023, the Debtor has employed Nathaniel Marks of Associates Realty who is actively marketing the Property for

1

sale. The Debtor is in talks with several prospective purchasers but does not have a signed contract for sale at this time.

Pursuant to the *Amended Agreed Order Authorizing Use of Cash Collateral and Granting Adequate Protection* (Doc. 42) entered August 23, 2023, the Debtor has entered into a forbearance agreement with HNB. The Debtor, along with the co-debtors on the loan obligations to HNB, has agreed to a time frame in which to either enter a contract for the sale of the Property or dismiss the present case (the "Forbearance Agreement"). The parties have agreed that if the Property is not in contract by February 29, 2024, the Debtor will voluntarily dismiss the present Chapter 11 case.

At the Status Conference, the Debtor reported that it intended to file a disclosure statement and plan of liquidation with the Court; however, in light of the Forbearance Agreement, the Debtor has determined that it is in the best interests of the Debtor and all parties in interest to effect a prompt sale of the property pursuant to 11 U.S.C. §363. Thus, the Debtor has concluded that it will not file a disclosure statement and plan of liquidation in this case. The Debtor anticipates having a signed contract to sell the Property in the next couple months, at which time the Debtor will file the appropriate motions with the Court to approve the sale and to compensate the realtor.

Respectfully submitted,

/s/ John W. Kennedy
Myron N. Terlecky     (0018628)
John W. Kennedy      (0042672)
Strip, Hoppers, Leithart,
McGrath & Terlecky Co. LPA
575 S. Third St.
Columbus, OH 43215
Telephone:    (614) 228-6345
Facsimile:    (614) 228-6369
E-mail:       mnt@columbuslawyer.net
              jwk@columbuslawyer.net
*Counsel for Debtor and Debtor in Possession*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing REPORT TO COURT was served (i) **electronically** on the date of filing through the court's ECF system on all ECF participants registered in the case at the email addresses registered with the court at the email address registered with the court and (ii) by First Class U.S. Mail on September 15, 2023, addressed to the Debtor, the Office of the United States Trustee, and all creditors and parties in interest set forth on the attached mailing matrix.

                                      /s/ John W. Kennedy
                                      John W. Kennedy (0042672)

```
Label Matrix for local noticing          Pamela Arndt                             Asst US Trustee (Col)
0648-2                                   DOJ-Ust                                  Office of the US Trustee
Case 2:23-bk-50619                       170 North High Street                    170 North High Street
Southern District of Ohio                Suite 200                                Suite 200
Columbus                                 Columbus, OH 43215-2417                  Columbus, OH 43215-2417
Thu Sep 14 16:49:05 EDT 2023

Cheryl B. Lee                            Donald A. Lee                            Franklin County Treasurer
2702 Henthorn Road                       2702 Henthorn Road                       373 South High St., 17th Floor
Columbus, OH 43221-3214                  Columbus, OH 43221-3214                  Columbus, OH 43215-4591


Gobo, Ltd.                               Horizon Film and Video, Inc.             Horizons Video & Film Incorporated
4000 Horizons Dr.                        c/o Richard K. Stovall                   4000 Horizons Dr
Columbus, OH 43220-5217                  Allen Stovall Neuman & Ashton LLP        Columbus, OH 43220-5217
                                         10 West Broad Street, Suite 2400
                                         Columbus, OH 43215-3469


Huntington Bank                          Jeffrey Madison                          John W Kennedy
41 S. High Street                        612 Park St., Ste. 300                   Strip Hoppers Leithart McGrath & Terleck
Columbus, OH 43215-3406                  Columbus, OH 43215-1681                  575 S. Third St.
                                                                                  Columbus, OH 43215-5755


Cheryl B Lee                             Donald A. Lee                            Jeffrey J Madison
c/o Richard Stovall                      c/o Richard K. Stovall                   Park Street Law Group, LLC
Allen Stovall Neuman & Ashton LLP        Allen Stovall Neuman & Ashton LLP        612 Park Street
10 West Broad Street, Suite 2400         10 West Broad Street, Suite 2400         Suite 300
Columbus, OH 43215-3469                  Columbus, OH 43215-3469                  Columbus, OH 43215-1681


Nathaniel Marks                          Dennis J Morrison                        Richard K Stovall
Associates Realty                        Park Street Law Group, LLC               Allen Stovall Neuman & Ashton LLP
615 Copeland Mill Rd., Ste. 1D           612 Park Street, Ste. 300                10 West Broad Street
Westerville, OH 43081-8904               Columbus, OH 43215-1681                  Suite 2400
                                                                                  Columbus, OH 43215-3469


Myron N Terlecky                         The Huntington National Bank             End of Label Matrix
575 S Third St                           Jeffrey J. Madison, Esq.                 Mailable recipients    19
Columbus, OH 43215-5755                  612 Park Street, Suite 300               Bypassed recipients     0
                                         Columbus, OH 43215-1681                  Total                  19
```